UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DANIEL GREGORY
JOHNSTON,

**Defendant**

CRIMINAL NO.

VIOLATIONS:

18 U.S.C. § 2252(a)(2)
(Distribution of Child Pornography)

INFORMATION

The United States Attorney charges that:

Case No. 20-cr-83
Assigned to: Judge James E. Boasberg
Assign Date: 5/18/2020
Description: INFORMATION

COUNT ONE

Between on or about March 2018 and May 2018, in the District of Columbia and elsewhere, the defendant, **DANIEL GREGORY JOHNSTON**, did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

TIMOTHY SHEA
United States Attorney

*Amy C. Larson*
Amy C. Larson
Assistant United States Attorney,
New York Bar No. 4108221
U.S. Attorney's Office
555 4th Street, N.W., Room 4-842
Washington, D.C. 20530
202-252-7863
Amy.larson2@usdoj.gov